# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BARBARA V. SPARKS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00001-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**DECISION BY COURT.** This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2014 Order.

April 8, 2014

Frank G. Johns, Clerk
United States District Court